1  KINKLE, RODIGER AND SPRIGGS
   PROFESSIONAL CORPORATION
2  3333 Fourteenth Street
   Riverside, California 92501
3  (909) 683-2410

4  Attorneys for Defendants, COUNTY OF RIVERSIDE,
   OLIVER THOMPSON, RICK SAYRE, RICHARD COZ,
5  DAVID STREET, GREGORY CORRIGAN, ERIK HIGGINS,
   RANDY ORLANDSON, MARY BOWSER, SUSAN
6  HANSEN, JEFF TURLEY, JAMES SHANNON, JAMIE
   BRIGGES AND THE RIVERSIDE COUNTY SHERIFFS
7  DEPARTMENT

**JS-6**

**FILED**

MAR 25 1998

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

**LODGED**

MAR 25 1998

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

BY

8      UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA

10

11  JUDITH CARSTENSEN,              )   Case No.: EDCV 94-2-RT (VAPx)
                                    )
12              Plaintiff,          )   JUDGMENT ON SPECIAL AND
                                    )   GENERAL VERDICTS
13       vs.                        )
                                    )
14  COUNTY OF RIVERSIDE, et al.,    )
                                    )
15              Defendants.         )
                                    )
16  _____  )

**ENTERED**

MAR 26 98

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

BY                        DEPUT

17

18       This action came on regularly for trial by jury on January 30, 1998, in Department 52 of

19  the above-entitled court, the Honorable Robert Timlin, Judge presiding, United States District

20  Court, with plaintiff appearing by Anthony Hall and defendants appearing by Bruce E.

21  Disenhouse.

22       A jury of nine persons was duly impaneled and sworn; witnesses testified; and after being

23  duly instructed by the court, the jury deliberated and thereupon duly returned the following

24  general and special verdicts:

25  ///

26  ///

27

28  ___ DOCKETED
    ___ MLD COPY PTYS
    ___ MLD NOTICE PTYS
    ___ JS-6

ENTERED ON ICMS

127

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JUDITH CARSTENSEN,                    )    Case No.: EDCV 94-2-RT (VAPx)
                                      )
         vs.                          )    GENERAL VERDICT
                                      )    AS TO DEFENDANT
COUNTY OF RIVERSIDE, et al.,          )    RIVERSIDE COUNTY
                                      )
         Defendants.                  )
                                      )
_____)

         We, the jury, find in favor of Defendant County of Riverside against Plaintiff Judith
Carstensen.

    3-17-98                                    Frank M. Batista, Jr.

    Dated                                      Jury Foreperson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JUDITH CARSTENSEN,                    )    Case No.: EDCV 94-2-RT (VAPx)
                                      )
                      Plaintiff,      )    SPECIAL VERDICT
                                      )
          vs.                         )
                                      )
COUNTY OF RIVERSIDE, et al.,          )
                                      )
                      Defendants.     )
_____ )

          We, the jury in the above-entitled action, answer the following questions as our  Special

Verdict, such answers being based on the jury's findings from the evidence:

          1.       Did defendant JEFF TURLEY intentionally treat plaintiff differently because she

                   was female?

                              Yes_____       No ___X___

          2.       Did defendant JEFF TURLEY subject plaintiff to harassment?

                              Yes _____      No ___X___

          3.       Was defendant JEFF TURLEY a cause of a hostile work environment for plaintiff

                   by harassment?

                              Yes _____      No ___X___

          4.       Did defendant JEFF TURLEY retaliate against plaintiff?

                              Yes _____      No ___X___

          If you have answered questions 1 through 4 no, your foreperson should sign and date this

form.  If you have answered any of questions 1 through 4 yes, then answer question 5.

          5.       Were any of defendant JEFF TURLEY'S actions a cause of injury to plaintiff?

                              Yes _____      No _____

1   If you answered question number 5 no, your foreperson should sign and date this form.  If

2   you answered question 5 yes, then answer question number 6.

3         6.     What do you find to be the amount of damages caused by defendant JEFF

4            TURLEY'S actions?

5                    $_____

6

7   If you have answered any of questions 1 through 5 yes, and found damages in answer to

8   question 6,  please answer question 7.

9         7.     Were defendant JEFF TURLEY'S actions malicious or oppressive?

10            Yes _____         No _____

11

12  After you have answered questions 6 and 7, your foreperson should sign and date this

13  form.

14

15  Dated:  __3-17-98__           __Frank M. Batista, Jr.__

16                          Foreperson

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JUDITH CARSTENSEN,          )    Case No.: EDCV 94-2-RT (VAPx)
                       )
         Plaintiff,    )    SPECIAL VERDICT
                       )
   vs.               )
                       )
COUNTY OF RIVERSIDE, et al.,   )
                       )
        Defendants.   )
                       )
_____)

     We, the jury in the above-entitled action, answer the following questions as our Special Verdict, such answers being based on the jury's findings from the evidence:

    1.     Did defendant OLIVER THOMPSON intentionally treat plaintiff differently because she was female?

                     Yes_____      No ___X___

    2.     Did defendant OLIVER THOMPSON subject plaintiff to harassment?

                     Yes _____      No ___X___

    3.     Was defendant OLIVER THOMPSON a cause of a hostile work environment for plaintiff by harassment?

                     Yes _____      No ___X___

    4.     Did defendant OLIVER THOMPSON retaliate against plaintiff?

                     Yes _____      No ___X___

     If you have answered questions 1 through 4 no, your foreperson should sign and date this form.  If you have answered any of questions 1 through 4 yes, then answer question 5.

    5.     Were any of defendant OLIVER THOMPSON'S actions a cause of injury to plaintiff?

                     Yes _____      No _____

1    If you answered question number 5 no, your foreperson should sign and date this form. If

2  you answered question 5 yes, then answer question number 6.

3    6.    What do you find to be the amount of damages caused by defendant OLIVER

4        THOMPSON'S actions?

5                                  $_____

6

7    If you have answered any of questions 1 through 5 yes, and found damages in answer to

8  question 6, please answer question 7.

9    7.    Were defendant OLIVER THOMPSON'S actions malicious or oppressive?

10                          Yes _____        No _____

11

12    After you have answered questions 6 and 7, your foreperson should sign and date this

13  form.

14

15  Dated: __3-17-98__                    ___Frank M. Batista, Jr.___

16                                    Foreperson

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUDITH CARSTENSEN, | ) | Case No.: EDCV 94-2-RT (VAPx) |
| Plaintiff, | ) | SPECIAL VERDICT |
| vs. | ) | |
| COUNTY OF RIVERSIDE, et al., | ) | |
| Defendants. | ) | |

We, the jury in the above-entitled action, answer the following questions as our Special Verdict, such answers being based on the jury's findings from the evidence:

1.    Did defendant DAVID STREET intentionally treat plaintiff differently because she was female?

Yes_____          No __X__

2.    Did defendant DAVID STREET subject plaintiff to harassment?

Yes _____          No __X__

3.    Was defendant DAVID STREET a cause of a hostile work environment for plaintiff by harassment?

Yes _____          No __X__

4.    Did defendant DAVID STREET retaliate against plaintiff?

Yes _____          No __X__

If you have answered questions 1 through 4 no, your foreperson should sign and date this form. If you have answered any of questions 1 through 4 yes, then answer question 5.

5.    Were any of defendant DAVID STREET'S actions a cause of injury to plaintiff?

Yes _____          No _____

1    If you answered question number 5 no, your foreperson should sign and date this form.  If

2    you answered question 5 yes, then answer question number 6.

3         6.     What do you find to be the amount of damages caused by defendant DAVID

4              STREET'S actions?

5                      $_____

6

7    If you have answered any of questions 1 through 5 yes, and found damages in answer to

8    question 6,  please answer question 7.

9         7.     Were defendant DAVID STREET'S actions malicious or oppressive?

10                  Yes _____         No _____

11

12    After you have answered questions 6 and 7, your foreperson should sign and date this

13    form.

14

15    Dated:   3-17-98               Frank M. Batista, Jr.

16                             Foreperson

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUDITH CARSTENSEN, | ) | Case No.: EDCV 94-2-RT (VAPx) |
| Plaintiff, | ) | SPECIAL VERDICT |
| vs. | ) | |
| COUNTY OF RIVERSIDE, et al., | ) | |
| Defendants. | ) | |

We, the jury in the above-entitled action, answer the following questions as our Special Verdict, such answers being based on the jury's findings from the evidence:

1.   Did defendant RICK SAYRE intentionally treat plaintiff differently because she was female?

        Yes_____        No ___X___

2.   Did defendant RICK SAYRE subject plaintiff to harassment?

        Yes _____        No ___X___

3.   Was defendant RICK SAYRE a cause of a hostile work environment for plaintiff by harassment?

        Yes _____        No ___X___

4.   Did defendant RICK SAYRE retaliate against plaintiff?

        Yes _____        No ___X___

If you have answered questions 1 through 4 no, your foreperson should sign and date this form. If you have answered any of questions 1 through 4 yes, then answer question 5.

5.   Were any of defendant RICK SAYRE'S actions a cause of injury to plaintiff?

        Yes _____        No _____

If you answered question number 5 no, your foreperson should sign and date this form. If you answered question 5 yes, then answer question number 6.

6.    What do you find to be the amount of damages caused by defendant RICK SAYRE'S actions?

$ _____

If you have answered any of questions 1 through 5 yes, and found damages in answer to question 6, please answer question 7.

7.    Were defendant RICK SAYRE'S actions malicious or oppressive?

Yes _____          No _____

After you have answered questions 6 and 7, your foreperson should sign and date this form.

Dated: ___3-17-98___            ___Frank M. Batista, Jr.___

Foreperson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JUDITH CARSTENSEN,                              )      Case No.: EDCV 94-2-RT (VAPx)
                                                )
                          Plaintiff,            )      SPECIAL VERDICT
                                                )
        vs.                                     )
                                                )
COUNTY OF RIVERSIDE, et al.,                    )
                                                )
                          Defendants.           )
                                                )
_____ )

        We, the jury in the above-entitled action, answer the following questions as our  Special

Verdict, such answers being based on the jury's findings from the evidence:

        1.      Did defendant ERIK HIGGINS intentionally treat plaintiff differently because she

                was female?

                                        Yes_____         No ___X___

        2.      Did defendant ERIK HIGGINS subject plaintiff to harassment?

                                        Yes _____        No ___X___

        3.      Was defendant ERIK HIGGINS a cause of a hostile work environment for

                plaintiff by harassment?

                                        Yes _____        No ___X___

        4.      Did defendant ERIK HIGGINS retaliate against plaintiff?

                                        Yes _____        No ___X___

        If you have answered questions 1 through 4 no, your foreperson should sign and date this

form.  If you have answered any of questions 1 through 4 yes, then answer question 5.

        5.      Were any of defendant ERIK HIGGINS'S actions a cause of injury to plaintiff?

                                        Yes _____        No _____

If you answered question number 5 no, your foreperson should sign and date this form.  If you answered question 5 yes, then answer question number 6.

6.    What do you find to be the amount of damages caused by defendant ERIK HIGGINS'S actions?

$_____

If you have answered any of questions 1 through 5 yes, and found damages in answer to question 6,  please answer question 7.

7.    Were defendant ERIK HIGGINS'S actions malicious or oppressive?

Yes _____          No _____

After you have answered questions 6 and 7, your foreperson should sign and date this form.

Dated: __3-17-98__          ___Frank M. Batista, Jr.___

Foreperson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JUDITH CARSTENSEN,                    )    Case No.: EDCV 94-2-RT (VAPx)
                                      )
              Plaintiff,              )    SPECIAL VERDICT
                                      )
      vs.                             )
                                      )
COUNTY OF RIVERSIDE, et al.,          )
                                      )
              Defendants.             )
                                      )
_____)

     We, the jury in the above-entitled action, answer the following questions as our Special Verdict, such answers being based on the jury's findings from the evidence:

     1.    Did defendant JAMES HEARN intentionally treat plaintiff differently because she was female?

                              Yes_____          No __X__

     2.    Did defendant JAMES HEARN subject plaintiff to harassment?

                              Yes _____          No __X__

     3.    Was defendant JAMES HEARN a cause of a hostile work environment for plaintiff by harassment?

                              Yes _____          No __X__

     4.    Did defendant JAMES HEARN retaliate against plaintiff?

                              Yes _____          No __X__

     If you have answered questions 1 through 4 no, your foreperson should sign and date this form. If you have answered any of questions 1 through 4 yes, then answer question 5.

     5.    Were any of defendant JAMES HEARN'S actions a cause of injury to plaintiff?

                              Yes _____          No _____

1      If you answered question number 5 no, your foreperson should sign and date this form. If

2 you answered question 5 yes, then answer question number 6.

3      6.     What do you find to be the amount of damages caused by defendant JAMES

4          HEARN'S actions?

5                        $ _____

6

7      If you have answered any of questions 1 through 5 yes, and found damages in answer to

8 question 6, please answer question 7.

9      7.     Were defendant JAMES HEARN'S actions malicious or oppressive?

10                      Yes _____      No _____

11

12      After you have answered questions 6 and 7, your foreperson should sign and date this

13 form.

14

15 Dated: __3-17-98__                ___Frank M. Batista, Jr.___

16                              Foreperson

17

18

19

20

21

22

23

24

25

26

27

28

1

2                        UNITED STATES DISTRICT COURT

3                        CENTRAL DISTRICT OF CALIFORNIA

4    JUDITH CARSTENSEN,              )      Case No.: EDCV 94-2-RT (VAPx)
                                     )
5                    Plaintiff,      )      SPECIAL VERDICT
                                     )
6        vs.                         )
                                     )
7    COUNTY OF RIVERSIDE, et al.,    )
                                     )
8                    Defendants.     )
                                     )
9    _____)

10

11       We, the jury in the above-entitled action, answer the following questions as our  Special

12   Verdict, such answers being based on the jury's findings from the evidence:

13       1.     Did defendant SUSAN HANSEN intentionally treat plaintiff differently because

14              she was female?

15                            Yes_____        No ___X___

16       2.     Did defendant SUSAN HANSEN subject plaintiff to harassment?

17                            Yes _____       No ___X___

18       3.     Was defendant SUSAN HANSEN a cause of a hostile work environment for

19              plaintiff by harassment?

20                            Yes _____       No ___X___

21       4.     Did defendant SUSAN HANSEN retaliate against plaintiff?

22                            Yes _____       No ___X___

23       If you have answered questions 1 through 4 no, your foreperson should sign and date this

24   form.  If you have answered any of questions 1 through 4 yes, then answer question 5.

25       5.     Were any of defendant SUSAN HANSEN'S actions a cause of injury to plaintiff?

26                            Yes _____       No _____

27

28

1    If you answered question number 5 no, your foreperson should sign and date this form. If

2    you answered question 5 yes, then answer question number 6.

3        6.    What do you find to be the amount of damages caused by defendant SUSAN

4            HANSEN'S actions?

5                    $_____

6

7    If you have answered any of questions 1 through 5 yes, and found damages in answer to

8    question 6, please answer question 7.

9        7.    Were defendant SUSAN HANSEN'S actions malicious or oppressive?

10           Yes _____        No _____

11

12   After you have answered questions 6 and 7, your foreperson should sign and date this

13   form.

14

15   Dated: __3-17-98__        __Frank M. Batista, Jr.__

16                       Foreperson

17

18

19

20

21

22

23

24

25

26

27

28

1

2  UNITED STATES DISTRICT COURT

3  CENTRAL DISTRICT OF CALIFORNIA

4  JUDITH CARSTENSEN,              )    Case No.: EDCV 94-2-RT (VAPx)
                                   )
5           Plaintiff,             )    SPECIAL VERDICT
                                   )
6     vs.                          )
                                   )
7  COUNTY OF RIVERSIDE, et al.,    )
                                   )
8           Defendants.            )
                                   )
9  _____)

10

11      We, the jury in the above-entitled action, answer the following questions as our Special

12  Verdict, such answers being based on the jury's findings from the evidence:

13      1.    Did defendant RANDY ERLANDSON intentionally treat plaintiff differently

14            because she was female?

15                          Yes_____          No ___X___

16      2.    Did defendant RANDY ERLANDSON subject plaintiff to harassment?

17                          Yes _____         No ___X___

18      3.    Was defendant RANDY ERLANDSON a cause of a hostile work environment for

19            plaintiff by harassment?

20                          Yes _____         No ___X___

21      4.    Did defendant RANDY ERLANDSON retaliate against plaintiff?

22                          Yes _____         No ___X___

23      If you have answered questions 1 through 4 no, your foreperson should sign and date this

24  form. If you have answered any of questions 1 through 4 yes, then answer question 5.

25      5.    Were any of defendant RANDY ERLANDSON'S actions a cause of injury to

26            plaintiff?

27                          Yes _____         No _____

28

JUDGMENT ON SPECIAL AND GENERAL VERDICTS
-17-

1    If you answered question number 5 no, your foreperson should sign and date this form. If

2    you answered question 5 yes, then answer question number 6.

3         6.     What do you find to be the amount of damages caused by defendant RANDY

4              ERLANDSON'S actions?

5                        $_____

6

7    If you have answered any of questions 1 through 5 yes, and found damages in answer to

8    question 6, please answer question 7.

9         7.     Were defendant RANDY ERLANDSON'S actions malicious or oppressive?

10                      Yes _____       No _____

11

12   After you have answered questions 6 and 7, your foreperson should sign and date this

13   form.

14

15   Dated: ___3-17-98___             ___Frank M. Batista, Jr.___

16                             Foreperson

17

18

19

20

21

22

23

24

25

26

27

28

1

2                          UNITED STATES DISTRICT COURT

3                          CENTRAL DISTRICT OF CALIFORNIA

4    JUDITH CARSTENSEN,                    )      Case No.: EDCV 94-2-RT (VAPx)
                                           )
5                    Plaintiff,            )      SPECIAL VERDICT
                                           )
6         vs.                              )
                                           )
7    COUNTY OF RIVERSIDE, et al.,          )
                                           )
8                    Defendants.           )
                                           )
9    _____)

10

11         We, the jury in the above-entitled action, answer the following questions as our  Special

12   Verdict, such answers being based on the jury's findings from the evidence:

13         1.      Did defendant RICHARD COZ intentionally treat plaintiff differently because she

14                 was female?

15                                   Yes_____        No ___X___

16         2.      Did defendant RICHARD COZ subject plaintiff to harassment?

17                                   Yes _____       No ___X___

18         3.      Was defendant RICHARD COZ a cause of a hostile work environment for

19                 plaintiff by harassment?

20                                   Yes _____       No ___X___

21         4.      Did defendant RICHARD COZ retaliate against plaintiff?

22                                   Yes _____       No ___X___

23         If you have answered questions 1 through 4 no, your foreperson should sign and date this

24   form.  If you have answered any of questions 1 through 4 yes, then answer question 5.

25         5.      Were any of defendant RICHARD COZ'S actions a cause of injury to plaintiff?

26                                   Yes _____       No _____

27

28

1    If you answered question number 5 no, your foreperson should sign and date this form.  If

2    you answered question 5 yes, then answer question number 6.

3          6.    What do you find to be the amount of damages caused by defendant RICHARD

4               COZ'S actions?

5                          $_____

6

7          If you have answered any of questions 1 through 5 yes, and found damages in answer to

8    question 6, please answer question 7.

9          7.    Were defendant RICHARD COZ'S actions malicious or oppressive?

10                        Yes _____    No _____

11

12          After you have answered questions 6 and 7, your foreperson should sign and date this

13    form.

14

15    Dated:   3-17-98                    ___Frank M. Batista, Jr.___

16                                            Foreperson

16

17

18

19

20

21

22

23

24

25

26

27

28

IT APPEARING THAT by reason of these general and special verdicts that defendants are entitled to a judgment against plaintiff, and that plaintiff shall take nothing by reason of her *FIRST AMENDED* complaint:

NOW, THEREFORE, IT IS ADJUDGED, ORDERED AND DECREED that plaintiff JUDITH A. CARSTENSEN take nothing by reason of her *FIRST AMENDED* complaint against defendants, COUNTY OF RIVERSIDE, JEFF TURLEY, OLIVER THOMPSON, RICK SAYRE, RICHARD COZ, DAVID STREET, ERIK HIGGINS, JAMES HEARN, SUSAN HANSEN, and RANDY ERLANDSON, and that defendants, COUNTY OF RIVERSIDE, JEFF TURLEY, OLIVER THOMPSON, RICK SAYRE, RICHARD COZ, DAVID STREET, ERIK HIGGINS, JAMES HEARN, SUSAN HANSEN, and RANDY ERLANDSON shall have and recover costs of suit from plaintiff JUDITH A. CARSTENSEN pursuant to a Memorandum of Costs to be filed forthwith.

DATE: 3/25/98

U. S. DISTRICT COURT JUDGE